

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

CHRISTOPHER MATTHEW FAUST,  §

§        No. 08-13-00244-CR

       Appellant,    §

§        Appeal from the

v.    §

§        County Criminal Court Number Three

§

THE STATE OF TEXAS,        of Tarrant County, Texas

§

       Appellee.        (TC# 1151500)

§

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF APRIL, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.